Richard CREWS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101514

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

FILED: May 26, 2015

Matthew Huckeby, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Gregory L. Barnes, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

*ORDER*

PER CURIAM

Richard Crews ("Movant") appeals from the motion court's denial of his Rule 29.15 postconviction relief motion after an evidentiary hearing. After a jury trial, Movant was convicted of seven counts of second-degree burglary, in violation of Section 569.170, RSMo (2000), and three counts of felony stealing over $500, in violation of Section 570.030, RSMo (2013). He was sentenced as a prior and persistent offender to a total of 63 years in prison.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).